ISMAL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

EMILY R. DAHLKE (CABN 322196)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7124
    FAX: (415) 912-6522
    Emily.Dahlke@usdoj.gov

Attorneys for United States of America

<div style="border:1px solid black; text-align:center;">

# FILED

May 01 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

</div>

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>OLVIN OCHOA-CRUZ;<br>DARWIN OCHOA-CRUZ;<br>CARLOS RIVAS<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

**CASE NO. 3:23-CR-00087-TLT**

**[~~PROPOSED~~] DETENTION ORDER**

On April, 6, 2023, the defendant, Carlos Rivas, made an initial appearance on the indictment charged in the above-captioned case. The government moved for the defendant's pre-trial detention.

The Court held a detention hearing on April 11, 2023. The defendant was present and represented by Assistant Federal Defender Daniel Blank. Assistant United States Attorney Emily R. Dahlke appeared for the government. Both counsel for the government and counsel for the defendant submitted proffers and arguments regarding detention.

Upon consideration of the facts and arguments presented, and for the reasons stated on the record, the Court finds that the government met its burden to prove by a preponderance of the evidence that the defendant is a risk of flight and that no condition or combination of conditions of release will reasonably assure his appearance. Accordingly, the defendant must be detained pending resolution in

this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant has minimal ties to the Northern District of California or to the United States; has significant ties to Honduras, including most of his family; and has no bail resources. This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 1, 2023

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge